1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

December 23, 2025

**<u>VIA EMAIL</u>**

Krista Hemming
Potter Handy, LLP
100 Pine Street
Suite 1250
San Francisco, CA 94111
KristaH@potterhandy.com

Mark D. Potter
Potter Handy, LLP
100 Pine Street
Suite 1250
San Francisco, CA 94111
mark@potterhandy.com

Re: *In re Whaleco/Potter Handy Data Privacy Mass Actions*, 1:25-cv-04916-MKB-RML

Counsel:

This firm represents Defendant Whaleco Inc. d/b/a Temu in the above-referenced matter. Pursuant to Judge Brodie's Individual Rules and the Court's November 25, 2025 Order, please find the following documents included with this correspondence:

1) Defendant's Notice of Motion to Compel Arbitration;

2) Memorandum of Law in Support of Defendant's Motion to Compel Arbitration;

3) Declaration of Matthew P. Valenti in Support of Defendant's Motion to Compel Arbitration and Exhibits.

December 23, 2025
Page 2

LATHAM&WATKINS LLP

Sincerely,

Serrin Turner
of LATHAM & WATKINS LLP

Enclosures.